**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **Cyclonet LLC,**<br>Plaintiff,<br>v.<br>**Ajax Systems Tech FZCO,**<br>Defendant. | Case No. 2:26-cv-01016<br>Patent Case<br>Jury Trial Demanded |

## Complaint for Patent Infringement

1. Plaintiff Cyclonet LLC ("Plaintiff"), through its attorneys, complains of Ajax Systems Tech FZCO ("Defendant"), and alleges the following:

## Parties

2. Plaintiff Cyclonet LLC is a corporation organized and existing under the laws of New Mexico that maintains its principal place of business at 1209 Mountain Rd Pl NE, Ste N, Albuquerque, NM 87110.
3. Defendant Ajax Systems Tech FZCO is a corporation organized and existing under the laws of the United Arab Emirates that maintains an established place of business at Unit 3602-D39, Mazaya Business Avenue AA1, Jumeirah Lakes Towers, Dubai, UAE.

## Jurisdiction

4. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

5. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendant because it has engaged in systematic and continuous business activities in this District. As described below, Defendant has committed acts of patent infringement giving rise to this action within this District.

## VENUE

7. Venue is proper in this District under 28 U.S.C. § 1391(c) because Defendant is a foreign corporation. In addition, Defendant has committed acts of patent infringement in this District, and Plaintiff has suffered harm in this District.

## PATENT-IN-SUIT

8. Plaintiff is the assignee of all right, title and interest in United States Patent No. and (the "Patent-in-Suit"), including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patent-in-Suit. Accordingly, Plaintiff possesses the exclusive right and standing to prosecute the present action for infringement of the Patent-in-Suit by Defendant.

## JURY DEMAND

9. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. An accounting of all damages not presented at trial;

B. A judgment declaring this case exceptional within the meaning of 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorneys' fees against Defendant incurred in prosecuting this action;

C. An award of Plaintiff's costs and expenses incurred in prosecuting this action; and

D. Such further relief at law or in equity as the Court deems just and proper.

Dated: November 9, 2026

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Cyclonet LLC**